In the Matter of ROBERT GIRARD et al., Petitioners, against GEORGE STANTON, as Supervisor of the Town of Luzerne, Warren County.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of WILLARD J. GREEN, Appellant, against WICKWIRE BROTHERS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of EDWARD G. GRIMSTEED, JR., Petitioner, against DANIEL J. CAREY, as Commissioner of Agriculture and Markets of the State of New York, Respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of PATRICK HAFFORD, Appellant, against BORDEN COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY JACKSON, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of DEWEY LOEFFEL, Petitioner, against VICTOR F. VENESS, as Deputy Commissioner of Motor Vehicles of the State of New York, Respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Application of WILLIAM S. MACH, an Attorney.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.